Matthew J. Durket (SBN 125671)
**LAW OFFICE OF MATTHEW J. DURKET, APC**
2201 Francisco Drive, Suite 140-272,
El Dorado Hills, California 95762
Tel. (916) 941-5291
*mjd.law@me.com*

Attorney for Defendant,
De Anza Shopping Center L.P.,
a California Limited Partnership

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>De Anza Square Shopping Center, L.P., a California Limited Partnership; John T. Vidovich; Kalika Foods LLC, a California Limited Liability Company<br><br>    Defendants. | **CASE NO. 5:21-cv-07704-SVK**<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT DE ANZA SQUARE SHOPPING CENTER, L.P.'S MOTION FOR RELIEF FROM DEFAULT UNDER FRCP 60(b)**<br><br>Date:   December 21, 2021<br>Time:  10:00a.m.<br>San Jose Courthouse<br>Courtroom 6 – 4th Floor<br>280 South 1st Street, San Jose, CA 95113<br><br>Complaint Filed: October 1, 2021 |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

Having considered Defendant's Motion for Relief from Default under FRCP 60(b) it is **HEREBY ORDERED** that:

1. Defendant's Motion for Relief from Default under FRCP 60(b) is **GRANTED**.

2. The Entry of Default is hereby **VACATED**.

//

//

**IT IS SO ORDERED**.

DATED: January 3, 2022  

Honorable Susan van Keulen