United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>DEANZA SQUARE SHOPPING CENTER, L.P., et al.,<br><br>   Defendants. | Case No.  21-cv-07704-SVK<br><br>**ORDER TERMINATING REQUEST FOR ENTRY OF DEFAULT AND REQUEST TO SET ASIDE DEFAULT AS MOOT**<br><br>Re: Dkt. Nos. 23, 26 |

On January 3, 2022, Plaintiff filed a request for entry of default against Defendant John T. Vidovich.  Dkt. 23.  The Clerk of Court has not yet acted on the request for default.  On January 4, 2022, Defendant Vidovich filed an answer and a motion to set aside default.  Dkt. 24, 26.  All parties have consented to the jurisdiction of a magistrate judge.  Dkt. 7, 11, 20, 25.

In light of the filing of an answer by Defendant Vidovich, the request for default (Dkt. 23) and motion to set aside default (Dkt. 26) are **TERMINATED AS MOOT.**  The Parties are to proceed under General Order 56.

**SO ORDERED.**

Dated: January 10, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge